IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KHANH CHAU, individually and on behalf of all others similarly situated, | CLASS ACTION |
| *Plaintiff*, | Case No. 2:20-cv-01979 |
| vs. | JURY TRIAL DEMANDED |
| H&D LINDEN MOTORS, INC. D/B/A LINDEN VOLKSWAGEN, | |
| *Defendant*. | |

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff, Khanh Chau, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), does hereby dismiss this this action as follows:

1. All claims of the Plaintiff, Khanh Chau, individually, are hereby dismissed with prejudice.

2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Date: July 23, 2020

Respectfully Submitted,

**Dapeer Law, P.A**
/s/ Rachel Edelsberg
Rachel Edelsberg, Esq.
Jersey Bar No. 039272011
3331 Sunset Avenue
Ocean, NJ 07712
Telephone: 305-610-5223
Email: rachel@dapeer.com
*Counsel for Plaintiff and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

By: /s/ Rachel Edelsberg
Rachel Edelsberg, Esq.

*Counsel for Plaintiff and the Class*